**Order entered May 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00780-CV

**NYLONDAJAZZ SHARNESE, Appellant**

**V.**

**ULTIMA REAL ESTATE, INC., A TEXAS COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00174-2014**

## ORDER

We **GRANT** appellant's May 12, 2016 motion for an extension of time to file an amended brief and extend the time to **JUNE 22, 2016**.

/s/    ELIZABETH LANG-MIERS
JUSTICE